**FILED**

JAN 07 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: '08 MJ 8003 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Nancy Maryelle GONZALEZ-Torres, ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about January 5, 2008, within the Southern District of California, defendant Nancy Maryelle GONZALEZ-Torres did knowingly and intentionally import approximately 11.52 kilograms (25.34 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Victor Esparza, Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th DAY OF JANUARY, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
                    v.
Nancy Maryelle GONZALEZ-Torres

### STATEMENT OF PROBABLE CAUSE

I, Special Agent Victor Esparza, declare under penalty of perjury that the following statement of probable cause is true to the best of my knowledge.

On January 5, 2008, at approximately 1357 hours, Nancy Maryelle GONZALEZ-Torres entered the United States from Mexico, through the Calexico, California, East Port of Entry.  GONZALEZ presented herself for inspection to Customs and Border Protection Officer, Saul Baca on lane #4.  When GONZALEZ  presented her Border Crossing Card, Officer Baca noticed that her hands were shaking. GONZALEZ also avoided eye contact with Officer Baca.  GONZALEZ stated that she was going to Wal-Mart in Calexico. When asked about the ownership of the vehicle GONZALEZ stated that it belonged to her and that she had owned it for about three months. GONZALEZ gave a negative Customs declaration to Officer Baca.

At this point Officer BACA decided to escort GONZALEZ and the vehicle to secondary for further inspection.  In vehicle secondary, Canine Enforcement Officer Isidro Cuen was requested to utilize his Narcotic Detection Dog to inspect the vehicle.  The Narcotic Detection Dog alerted to an odor of narcotics emanating from the front fenders of the vehicle that GONZALEZ was driving.  The vehicle was then screened with an X-Ray truck which produced positive results.

At this point GONZALEZ was escorted to the secondary office and placed in a holding cell.  Further inspection revealed a total of twenty (20) packages that were concealed inside both front fenders of the vehicle.  CBP Officer Baca probed one of the packages and a sample of a white powdery substance was extracted, that field-tested positive for methamphetamine.  The (20) packages had a combined net weight of approximately 11.52 kilograms of methamphetamine or (25.34 pounds).

GONZALEZ was arrested for importation of methamphetamine into the United States.  GONZALEZ was advised of her rights per Miranda, which she acknowledged and waived.  GONZALEZ stated that she did not know about the drugs in her car.  GONZALEZ stated to Special Agent Victor Esparza that she and her boyfriend were following a white Explorer that was loaded with marijuana.  They were both going to

follow the white Explorer until it crossed the port. GONZALEZ stated that the white Explorer is registered in her name. Her boyfriend was in a separate car and they were both communicating on the cell phone. GONZALEZ stated that her boyfriend betrayed her and did not tell her about the drugs in her car.

Executed on 01/05/2008 at 2000 hours.

Victor Esparza, Special Agent

U.S. Immigration and Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of three _3__ pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on _1/5/08_____, in violation of Title 21 United States Code, Section(s) 952 &

Date/Time_1/6/08  9:20 AM

United States Magistrate Judge